**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF NEW YORK**

**DONNA J. VAN TASSEL**,

        **Plaintiff,**

    **v.**                         **Civil No. 1:04-CV-00886**
                                        **(GLS)**

**COUNTY OF COLUMBIA *et. al.*,**

        **Defendants.**

**APPEARANCES:**           **OF COUNSEL:**

**FOR PLAINTIFF:**

Donna J. Van Tassel
*Pro Se*
P.O. Box 802
New Lebanon, New York 12029

**FOR DEFENDANTS:**

No Appearances

**Gary L. Sharpe**
**U.S. District Judge**

### Order

On April 7, 2005, the court ordered *pro se* plaintiff, Donna J. Van

Tassel, to appear on April 19, 2005, for a conference concerning the good

faith legal and factual bases for the allegations in her proposed amended

complaint.  *See* Fed. R. Civ. P. 11, 37.  Van Tassel requested an

adjournment. *Dkt. No. 10.*  Thereafter, the conference was rescheduled for

May 4, 2005.  *Dkt. No. 11.*  On May 3, 2005, Van Tassel, through Kevin

Hall, asked for an additional adjournment due to illness.  *Letter by Kevin*

*Hall dated May 3, 2005.*  This court has now rescheduled this conference

for October 12, 2005.

Accordingly, Van Tassel **SHALL APPEAR ON OCTOBER 12, 2005,**

**at 10:00 a.m., in Courtroom No. 6, 445 Broadway, Albany, New York,**

**First Floor, South,** for a conference, on the record, so that the court can

inquire concerning the good faith legal and factual bases for the allegations

in her amended complaint; and it is further

**ORDERED** that Donna Van Tassel SHALL be prepared to conduct

her own case, or if she intends to retain counsel admitted to practice in the

Northern District of New York, she SHALL do so, and have such counsel

file a Notice of Appearance, and appear as scheduled; and it is further

**ORDERED** that to the extent *pro se* plaintiff, Donna J. Van Tassel,

possesses originals or copies of documents referenced in her complaint,

she is **HEREBY DIRECTED** to bring the following documents with her:

       1.  The December 17, 2003, record of stipulation entered

before Supreme Court Justice Connor (*see* Compl, ¶ 16);

      2.  The affidavits of adoption of the oral stipulation executed by Donna Van Tassel and Darryl Hotaling (Compl., ¶ 17);

      3.  The Re-Amended Judgment of Divorce (Compl., ¶ 21);

      4.  The order to show cause presented to Family Court Judge Nichols on or about April 20, 2004 (Compl., ¶ 27);

      5.  Any order issued by Judge Nichols thereafter, including any "Transfer Order;" (Compl., ¶ 33);

      6.  The order issued by Family Court Judge Czajka requiring production of *pro se* plaintiff, Donna Van Tassel, before him (Compl. ¶ 52);

      7.  The writ of habeas corpus issued by Justice Connor (Compl., ¶ 53); and,

      8.  Any order or other document purporting to transfer jurisdiction from Judge Nichols to Judge Czjaka (Compl., ¶ 53).

    **It is so ordered.**

**October 3, 2005**
**Albany, New York**

                                 Gary L. Sharpe
                                 U.S. District Judge